## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

REBECCA McKINLEY, on behalf of herself
and all others similarly situated,

      Plaintiff,

      vs.

YOUR HOME COURT ADVANTAGE, LLC,

      Defendant.

Case No. 1:21-cv-02359-SO

Judge Solomon Oliver, Jr.
Magistrate Judge Thomas M. Parker

## STIPULATION OF DISMISSAL

Pursuant to Federal Civil Rule 41(a)(1)(A)(ii), all parties who have appeared in this action

hereby stipulate to a dismissal of the action with prejudice.

STIPULATED:

**NILGES DRAHER LLC**

*/s/Robi J. Baishnab*
Robi J. Baishnab (0086195)
1360 E. 9th St., Ste. 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7034 Braucher Street, NW
Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com
      sdraher@ohlaborlaw.com

*Counsel for Plaintiffs*

**POLSINELLI PC**

*/s/Carlos A. Ortiz (with permission*
Carlos A. Ortiz
*Admitted Pro Hac Vice*
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Phone: (312) 463-6319
Fax: (312) 896-7427
eMail: caortiz@polsinelli.com

*Counsel for Defendant*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
8/12/2022